# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00103-JCM-NJK |
|---|---|
| Plaintiff, | |
| v. | **Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For CHRISTOPHER DEWEY BOOKER** |
| CHRISTOPHER DEWEY BOOKER, | **(ID # 185378)** |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **CHRISTOPHER DEWEY BOOKER**, before the United States District Court at Las Vegas, Nevada, on or about June 14, 2023 at 02:30 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 12, 2023

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE